# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| KEITH WOOLFORD, | ) |
| Defendant | ) |

## <u>INFORMATION</u>

The United States Attorney charges that:

### <u>COUNT ONE</u>
### Conspiracy
### (18 U.S.C. § 371)

### *The Conspiracy*

1. From in or around September 2013 until in or around July 2017, in the Northern District of Alabama and elsewhere, defendant **KEITH WOOLFORD**, CC-1, and persons known and unknown to the United States, knowingly conspired and agreed to commit offenses against the United States, that is:

    a.    to devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute such scheme and artifice, and cause to be transmitted certain wire

1

communications in interstate and foreign commerce for the purpose of executing the scheme, in violation of Title 18, United States Code, Section 1343.

    b.    to make, present, and cause to be made and presented, to the civil, military, and naval service of the United States, and a department and agency thereof, that is, the U.S. Department of Defense ("DOD"), claims upon and against the United States, knowing such claims to be false, fictitious, and fraudulent, in violation of Title 18, United States Code, Section 287.

### *Objects of the Conspiracy*

2.    The objects of the conspiracy were for **WOOLFORD**, CC-1, and their co-conspirators, to unlawfully enrich themselves and Company A by obtaining money from the DOD based on materially false statements and pretenses, and to conceal the conspiracy.

### *Manner and Means of the Conspiracy*

3.    To further the conspiracy and accomplish its unlawful objects, Defendant **WOOLFORD** and his co-conspirators used the following manners and means, among others:

    a.    The members of the conspiracy assigned unqualified employees to Company A's DOD contracts, resulting in the DOD paying inflated hourly rates for non-qualifying labor;

b.  The members of the conspiracy, upon learning that employees required bachelor's degrees, directed employees to use Internet services to obtain "fake degrees"; and

c.  The members of the conspiracy took steps to conceal their activity.

### *Acts in Furtherance of the Conspiracy*

4.  Defendant **WOOLFORD** and his co-conspirators engaged in the following acts, among others, in furtherance of the conspiracy:

a.  On or about October 28, 2016, WOOLFORD caused to be submitted to the United States, via Company 3, by interstate wire communication, an invoice for payment in the amount of approximately $1,872,280.49, which he knew contained materially false information because it incorporated inflated hourly rates for non-qualifying labor, and contained a false certification that the billed services had been performed in accordance with Company A's contract with Company 3 and the U.S. Department of Defense.

All in violation of Title 18, United States Code, Section 371.

### **Forfeiture Allegations**

5.  The factual allegations in Paragraphs 1 through 4 are re-alleged and incorporated by reference here for the purpose of alleging forfeiture to the United States of certain property in which the defendants have an interest.

6.  Upon conviction for a violation of Title 18, United States Code, Sections 371,

as charged in Count One of this Information, Defendant **WOOLFORD** shall forfeit to the United States any property, real or personal, which constitutes or is derived from any proceeds he obtained, directly or indirectly, as the result of such violation, and any property traceable to such property pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

7. If any of the property described above, as a result of any act or omission of the defendant:

>   a. cannot be located upon the exercise of due diligence;
>
>   b. has been transferred or sold to, or deposited with, a third party;
>
>   c. has been placed beyond the jurisdiction of the Court;
>
>   d. has been substantially diminished in value; or
>
>   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, and in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) as incorporated by Title 28, United States Code, Section 2461(c).

DANIEL S. KAHN
Acting Chief, Fraud Section
Criminal Division

By: /s/ Michael P. McCarthy w/perm. DAB
MICHAEL P. MCCARTHY
MATTHEW KAHN
Trial Attorneys
Fraud Section, Criminal Division

PRIM F. ESCALONA
United States Attorney

By: /s/ Davis A. Barlow
DAVIS A. BARLOW
Assistant U.S. Attorney

5